**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| MOHAMED KHAIRULLAH, *et al.* |
| *Plaintiffs,* |
| v. |
| PAMELA BONDI,[1] Attorney General of the United States, in her Official Capacity, *et al.* |
| *Defendants.* |

Civil Action No: 3:23-cv-30095-MGM

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 31, 2025, ECF No. 56, the parties hereby submit this Joint Status Report.

On February 13, 2025, the Government sent to Plaintiffs' counsel by email a letter containing instructions for completing the SSI Access Threat Assessment required to access Sensitive Security Information under the Department of Homeland Security Appropriations Act, 2007, Pub. L. No. 109-295, § 525(d), 120 Stat. 1355, 1382 (Oct. 4, 2006), as reenacted.

TSA currently estimates completing the background checks within four to six weeks after counsel has completed the three steps set forth in TSA's § 525(d) letter; however, this estimate is subject to change depending on information and/or circumstances that may arise during the course of the vetting process.

The Government is working expeditiously to draft a proposed strong attorneys' eyes' only protective order to propose to Plaintiffs, taking into account the sensitivity of the information at issue

---

[1] Pamela J. Bondi became the Attorney General of the United States on February 5, 2025, and is substituted automatically as a defendant pursuant to Federal Rule of Civil Procedure 25(d).

and the input of the numerous agencies that are currently defendants in this suit.  The Government expects to circulate a draft to Plaintiffs' counsel early next week.  Subsequently, the parties expect to meet and confer as necessary to finalize the proposed protective order before submitting it to the Court.

The parties respectfully request that they update the Court on their progress once they have finalized the proposed protective order or by March 6, 2025, whichever is sooner.

Dated: February 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

LAUREN A. WETZLER
Deputy Branch Director

/s/ Robert W. Meyer
ROBERT W. MEYER
ALEXANDRA J. WIDAS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel: (202) 305-0872
robert.w.meyer@usdoj.gov
alexandra.j.widas@usdoj.gov

*Counsel for Defendants*

/s/Lena F. Masri
LENA F. MASRI
GADEIR ABBAS*
JUSTIN SADOWSKY
CAIR National
Legal Defense Fund
453 New Jersey Ave SE
Washington, D.C. 20003
Tel: (202) 742-6449
gabbas@cair.com

*Counsel for Plaintiffs*

2

*Mr. Abbas is licensed to practice in VA, not D.C. Practice limited to federal matters.