**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| MOHAMED KHAIRULLAH, *et al.* |
| *Plaintiffs,* |
| v. |
| PAMELA BONDI, Attorney General of the United States, in her Official Capacity, *et al.* |
| *Defendants.* |

Civil Action No: 3:23-cv-30095-MGM

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 18, 2025, ECF No. 59, the parties hereby submit this Joint Status Report.

On Friday, February 21, 2025, the Government transmitted a proposed strong attorneys' eyes' only protective order to Plaintiffs' counsel. Plaintiffs' counsel returned comments and edits on Monday, March 3, 2025. The parties met and conferred on Thursday, March 6, 2025, regarding their positions on the proposed protective order. The parties anticipate continuing to meet and confer as necessary to finalize the proposed protective order before submitting it to the Court.

The parties respectfully request that they update the Court on their progress once they have finalized the proposed protective order or by March 20, 2025, whichever is sooner.

Dated: March 6, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LAUREN A. WETZLER
Deputy Branch Director

1

*/s/ Alexandra J. Widas*
ROBERT W. MEYER
ALEXANDRA J. WIDAS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel: (202) 305-0872
robert.w.meyer@usdoj.gov
alexandra.j.widas@usdoj.gov

*Counsel for Defendants*


*/s/ Lena F. Masri*
LENA F. MASRI
GADEIR ABBAS*
JUSTIN SADOWSKY
CAIR National
Legal Defense Fund
453 New Jersey Ave SE
Washington, D.C. 20003
Tel: (202) 742-6449
gabbas@cair.com

*Counsel for Plaintiffs*
*Mr. Abbas is licensed to practice in VA, not
D.C. Practice limited to federal matters.

2