**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMED KHAIRULLAH, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, Acting Attorney General of the United States, in his official capacity, *et al.*,

Defendants.

Civil Action No. 1:26-cv-00161-TJK

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants respectfully move to dismiss the Amended Complaint for failure to state a claim upon which relief can be granted.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss for Failure to State a Claim. A proposed order is attached.

Dated: May 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

JAMES R. POWERS
Chief Litigation Counsel

*/s/ Kian K. Azimpoor*
KIAN K. AZIMPOOR (D.C. Bar No. 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005

Tel: (202) 598-0860; Fax: (202) 616-8470
kian.k.azimpoor@usdoj.gov

*Counsel for Defendants*